MEMORANDUM OPINION

Vacated. Remanded.

■

389 P.3d 131

STATE of Hawai'i, Plaintiff-Appellant,

v.

Isaac Jerome GAUB, Defendant-Appellee

NO. CAAP-15-0000547

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 18, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CR. NO. 15-1-097K)

MEMORANDUM OPINION

Affirmed.

■

389 P.3d 131

STATE of Hawai'i, Plaintiff-Appellant,

v.

Junita KUAHIWINUI-BECK,
Defendant-Appellee

NO. CAAP-15-0000683

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 18, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT (CASE NO. 5DTA-15-00007)

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 131

Tiffany Lei PAREL, Appellant-Appellant,

v.

DEPARTMENT OF HUMAN SERVICES,
State of Hawai'i, Appellee-Appellee

NO. CAAP-13-0005494

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 19, 2017.

APPEAL FROM THE CIRCUIT COURT OF THIRD CIRCUIT
(CIVIL NO. 12-1-0644 (GKN))

MEMORANDUM OPINION

Affirmed.

■

389 P.3d 131

David BROWN, Plaintiff-Appellant,

v.

STATE of Hawai'i and Melanie Chinen,
Defendants-Appellees,

and

Bob Awana and Ashley Chinen, and
DOES 1-25, Defendants

NO. CAAP-14-0000701

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 19, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-1193)